IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KSENIJA BEATOVIC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VELOCITY INVESTMENTS, LLC, and ) <br> FREEDMAN ANSELMO LINDBERG, ) <br> LLC, ) <br> ) <br> Defendants. ) | Case No. 1:14-cv-01529 <br><br> Judge John A. Darrah |

## VELOCITY INVESTMENTS, LLC'S UNOPPOSED
## MOTION FOR ENLARGEMENT OF TIME

NOW COMES one of the Defendants, VELOCITY INVESTMENTS, LLC, by its attorneys, Justin M. Penn and Palak N. Shah of Hinshaw & Culbertson LLP, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this court grant it an enlargement of time to file its responsive pleadings to the plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiffs' Complaint purports to state claims under the Fair Debt Collection Practices Act and the Illinois Consumer Fraud Act against the defendant.

2. The lawsuit was filed on March 4, 2014. Defendant was served on or about March 12, 2014, and its responsive pleading is due on April 2, 2014.

3. Defendant respectfully requests an enlargement of time of 21 days from the original pleading deadline, up to and including April 23, 2014, to file its responsive pleading.

4. This time is not meant for purposes of unnecessary delay. Instead, the time is needed to explore the nature of the claims and allow counsel for the parties to discuss the claims and

130782533v1 0957088

possible defenses, as well as the possibility of settlement. No other deadlines are set in this matter and no other deadlines will be affected.

     5.    Counsel for the defendant inquired with counsel for the plaintiff who confirmed that plaintiff does not object to the instant request.

     WHEREFORE, Defendant, VELOCITY INVESTMENTS, LLC, respectfully requests this court grant it a 21 day enlargement of time from the filing of the instant motion, and direct that the deadline for their responsive pleading be set for April 23, 2014.

     Respectfully submitted,

     HINSHAW & CULBERTSON LLP

/s/*Palak N. Shah*
Palak N. Shah
Attorney for VELOCITY INVESTMENTS, LLC
Justin M. Penn (#6283726)
Palak N. Shah (#6313957)
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
jpenn@hinshawlaw.com
pshah@hinshawlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2014 I electronically filed the forgoing Velocity Investments, LLC's Unopposed Motion for Enlargement of Time with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record.

                                                            HINSHAW & CULBERTSON LLP

                                                            s/*Palak N. Shah*

130782533v1 0957088